**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

**CARLA PENNINGTON,**

**Plaintiff,**

**v.**

**PRUITTHEALTH, INC., et al.,**

**Defendants.**

**CIVIL NO. 7:19-CV-0014-HL**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all Parties to this action, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this action with each party to bear its own attorney's fees and costs.

Respectfully submitted this 10th day of March, 2021.

Jointly Consented to and Stipulated by:

*s/Karla L. Walker*
Karla L. Walker
Ga. Bar No. 732288
Copeland, Haugabrook & Walker
P. O. Box 1810
Valdosta, GA 31603-1810
Telephone: 229-247-4617
Fax: 229-242-0109
**cwlaw02@bellsouth.net**

Counsel for Plaintiff

*s/Gary "Blake" Andrews, Jr.*
Gary "Blake" Andrews, Jr.
Ga. Bar No. 019375
Blake Andrews Law Firm, LLC
1831 Timothy Drive
Atlanta, GA 30329
Telephone: 770-828-6225
Facsimile: 866-828-6882
**Blake@BlakeAndrewsLaw.com**

Counsel for Defendants